955 A.2d 352

**Ex rel. Charles T. PALADINO, Petitioner**

v.

**Michael R. RESNICK, Esq., Bruce W. Herdmon, Dr. Caulk, Lynne Abraham, Phila. Police Headquarters, Phila Homicide Division, Phila. District Att. Office, City of Philadelphia (Mayor), Admin. Office of PA Courts, David M. Donaldson, Esq., Respondents.**

Supreme Court of Pennsylvania.

Aug. 20, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of August, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus and the Application for an Immediate Hearing are **DENIED.**